IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**EBONI T. ROBINSON**

Plaintiff,

vs.

Hon. Brandy R. McMillion
Mag Judge: Anthony P. Patti
Case No.: 26-10524

**THE LINCOLN NATIONAL LIFE INSURANCE COMPANY,**
an Indiana corporation,

Defendant.

---

**WAIVER OF SERVICE OF SUMMONS**

Plaintiff, EBONI T. ROBINSON, through her attorneys, ILANA S. WILENKIN and FELDHEIM & WILENKIN, P.C., and pursuant to Fed Rules of Civ Proc R 4(d), serves Defendant, The Lincoln National Life Insurance Company, with this Waiver of Service of Summons:

**TO: ILANA S. WILENKIN, ESQ.**

I acknowledge receipt of your request that I waive service of a summons in the above-captioned cause, docket number 26-10524. I have also received a copy of the Complaint in the action, two copies of this

instrument, and a means by which I can return the signed waiver to you without costs to me.

I agree to save the cost of service of a summons and an additional copy of the Complaint in this lawsuit by not requiring that The Lincoln National Life Insurance Company be served with judicial process in the manner provided by Rule 4.

The Lincoln National Life Insurance Company will retain all defenses or objections to the lawsuit or to the jurisdiction or venue of the court, except for objections based on a defect in the summons or in service of the summons.

I understand that a judgment may be entered against The Lincoln National Life Insurance Company if an answer or motion under Rule 12 is not served upon you within 60 days after February 17, 2026.

February 23, 2026
DATE

Iwana Rademaekers
PRINTED/TYPED NAME

(as COUNSEL FOR DEFENDANT)
(of THE LINCOLN NATIONAL LIFE INSURANCE COMPANY)

SIGNATURE
Iwana Rademaekers
(TX Bar No. 16452560)*
Attorney for Defendant The Lincoln National Life Insurance Company
17304 Preston Road, Suite 800
Dallas, Texas 75252
Main: (214) 579-9319
Fax: (469) 444-6456
Email: iwana@rademaekerslaw.com

**Admitted to the Eastern District of Michigan*