UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

EBONI T. ROBINSON ,

Plaintiff,

v.

THE LINCOLN NATIONAL LIFE INSURANCE COMPANY ,

Defendant.

______________________________/

Case No. 2:26-cv-10524-BRM-APP

HON. Brandy R. McMillion
United States District Judge

HON. Anthony P. Patti
United States Magistrate Judge

**STATEMENT OF DISCLOSURE OF CITIZENSHIP AND FINANCIAL AFFILIATIONS**

Pursuant to E.D. Mich. LR 83.4:
The Lincoln National Life Insurance Company (party name),

Who is a (check one) ☐ PLAINTIFF ☒ DEFENDANT ☐ OTHER: ______________ makes the following disclosure: [1]

**PART I – CITIZENSHIP**

☐ Jurisdiction for this action is based on diversity of citizenship under 28 U.S.C. § 1332. [If so, complete the other entries in Part I]

☐ This party is an individual who is a citizen of the State of ________________________.

[1] Within this form, the term "entity" is defined in LR 83.4(a)(2).

☐ This party is a corporation incorporated in the State of ______________________ and with a principal place of business in the State of ____________________.

☐ This party is an unincorporated association, general partnership, limited partnership, or limited liability company.

If so, identify the nature of the entity and the name and citizenship of every person or entity that is relevant for purposes of determining diversity citizenship, including the name and citizenship of any general partner, and the name and citizenship of each member of a limited liability company.

______________________________________________________________

______________________________________________________________

______________________________________________________________

☐ This party is a trust.

If so, identify each trustee and each trustee's State of citizenship. If any trustee is an entity, identify the citizenship of the entity.

______________________________________________________________

______________________________________________________________

______________________________________________________________

**PART II – FINANCIAL AFFILIATIONS**

☐ None of the entries below applies to this party.

☒This party has one or more parent entities.

If so, identify all parent entities.

Parent Corporation: Lincoln National Corporation (NYSE:LNC)

☐ This party has one or more subsidiaries.

If so, identify all subsidiaries.

☐ This party has one or more affiliates.

If so, identify all affiliates.

☐ An entity, not a party to this action, has at least a 10% percent ownership interest in this party.

If so, identify all such owners.

☐ An entity, not a party to this action, has by reason of insurance, a franchise agreement, lease, profit sharing agreement, or indemnity agreement, a direct financial interest in the outcome of the litigation.

If so, identify each such entity's financial interest in the litigation.

Signature: ______________________
Printed Name: Iwana Rademaekers
Bar Number: TX Bar No. 16452560*
Firm Name: Law Offices of Iwana Rademaekers, P.C.
Address: 17304 Preston Road, Suite 800
City, State, Zip Code: Dallas, Texas 75252
Phone/Fax: PH: (214) 579-9319/FX: (469) 444-6456
Email Address: iwana@rademaekerslaw.com
*Admitted to the Eastern District of Michigan

Date: April 17, 2026